UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| MEAGHAN WALKER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., et al.,<br><br>Defendants. | Case No. 8:25-cv-01284-LKG |

**STIPULATION AND [PROPOSED] ORDER TO STAY
DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, on April 21, 2025, Plaintiff filed her Complaint (ECF No. 1);

WHEREAS, the latest answer deadline for any Defendant currently noted on the docket falls on June 23, 2025 (ECF Nos. 13-22, 24-27);

WHEREAS, on April 28, 2025, Plaintiff moved to consolidate the instant action with *Albert v. American Society of Health-System Pharmacists, Inc.*, No. 8:25-cv-00673-LKG (D. Md.) ("*Albert*") (ECF No. 12);

WHEREAS, to facilitate the orderly and efficient progression of litigation, the Plaintiffs in *Albert* intend to file on June 30, 2025, a consolidated complaint covering Plaintiff Walker and incorporating her claims;

WHEREAS, upon the filing of the consolidated complaint in *Albert*, Plaintiff Walker will voluntarily dismiss the instant action;

IT IS HEREBY STIPULATED AND AGREED, by the parties in the above-captioned matter, subject to the Court's approval, that Defendants' deadline to file responses to Plaintiff's Complaint shall be stayed in view of Plaintiff's forthcoming voluntary dismissal.

1

| | |
|---|---|
| Dated: June 20, 2025 | */s/Michelle J. Looby*<br>Daniel E. Gustafson (*pro hac vice*)<br>Michelle J. Looby (*pro hac vice*)<br>Anthony J. Stauber (*pro hac vice*)<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 So. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>Fax: (612) 339-6622<br>dgustafson@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>tstauber@gustafsongluek.com<br><br>Nicholas A. Migliaccio<br>(Maryland Federal Bar No. 29077)<br>Jason S. Rathod<br>(Maryland Federal Bar No. 18424)<br>**MIGLIACCIO & RATHOD LLP**<br>412 H St., NE<br>Suite 302<br>Washington, DC 20002<br>Tel.: (202) 470-3520<br>Fax: (202) 800-2730<br>nmigliaccio@classlawdc.com<br>jrathod@classlawdc.com<br><br>Christopher V. Le (*pro hac vice*)<br>**BOIESBATTIN LLP**<br>4041 University Drive, 5th Floor<br>Fairfax, VA 22030<br>Tel: (703) 764-8700<br>Fax: (703) 764-8704<br>cle@boiesbattin.com<br><br>***Counsel for Plaintiff Walker and the Proposed Class*** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____  _____
Honorable Lydia Kay Griggsby
United States District Judge