UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| MEAGHAN WALKER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS, INC., et al.,<br><br>Defendants. | Case No. 8:25-cv-01284-LKG |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Meaghan Walker, through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

Dated: June 30, 2025

*/s/Michelle J. Looby*
Daniel E. Gustafson (*pro hac vice*)
Michelle J. Looby (*pro hac vice*)
Anthony J. Stauber (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
mlooby@gustafsongluek.com
tstauber@gustafsongluek.com

Nicholas A. Migliaccio
(Maryland Federal Bar No. 29077)
Jason S. Rathod
(Maryland Federal Bar No. 18424)
**MIGLIACCIO & RATHOD LLP**
412 H St., NE, Suite 302
Washington, DC 20002

Tel.: (202) 470-3520
Fax: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

Christopher V. Le (*pro hac vice*)
**BOIESBATTIN LLP**
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704
cle@boiesbattin.com

*Counsel for Plaintiff Walker and the Proposed Class*